UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

KENNETH PETERSON, ET AL.,

        Plaintiffs,

v.                                            **CIVIL 19-1129 (JRT/HB)**

AGRI STATS, INC., ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - -

WEINREIS BROTHERS PARTNERSHIP, ET AL.,

        Plaintiffs,

v.                                            **CIVIL 19-1222 (NEB/DTS)**

TYSON FOODS, INC., ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - -

MICHAEL SEVY, ET AL.,

        Plaintiffs,

v.                                            **CIVIL 19-1243 (PJS/HB)**

TYSON FOODS, INC., ET AL.,

        Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASES**

---

        Case No. 19-1129 having been assigned to Judge John R. Tunheim and Case Nos. 19-1222, and 19-1243 having been assigned to Judge Nancy E. Brasel and Judge Patrick J. Schiltz, and said matters being related cases,

        **IT IS HEREBY ORDERED** that Case Nos. 19-1222 and 19-1243 be assigned to Judge John R. Tunheim and Magistrate Judge Hildy Bowbeer, nunc pro tunc, by use of the

appropriate card on the Civil list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: May 13, 2019            s/John R. Tunheim
                               Chief Judge John R. Tunheim
                               United States District Court

DATED: May 13, 2019            s/Patrick J. Schiltz
                               Judge Patrick J. Schiltz
                               United States District Court

DATED: May 13, 2019            s/Nancy E. Brasel
                               Judge Nancy E. Brasel
                               United States District Court