UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth Peterson and Richard Kimble,<br><br>           Plaintiffs,<br><br>v.<br><br>Agri Stats, Inc., JBS USA Food Company Holdings, Tyson Foods, Inc., Cargill, Inc., and National Beef Packing Company,<br><br>           Defendants. | Civil No. 19-cv-1129 (JRT/HB)<br><br>**ORDER ON AMENDED STIPULATION REGARDING CASE DEADLINES** |

Pursuant to the Amended Stipulation Regarding Case Deadlines (ECF No. 42), entered into by the parties,

**IT IS HEREBY ORDERED** that the Amended Stipulation (ECF No. 42) is **APPROVED** as follows:

    1.    On or before **June 21, 2019**, the parties will discuss how the Cases should be managed and whether some or all of them should be consolidated for any purpose and attempt to reach a mutually satisfactory proposal to present to the Court;

    2.    On or before **June 28, 2019**, the parties will file a joint status report setting forth their respective views on preliminary case management issues for the Cases and setting forth a proposed schedule for any motions under Federal Rule of Civil Procedure 42 or 28 U.S.C. § 1404 or § 1407, as well as the filing of amended or consolidated complaints (if any), and any response to the complaints;

3. Defendants' response to any complaint will in no case be due prior to 45 days after the Court's entry of an order in response to the joint status report and 45 days after the filing of an amended complaint (if any).  Any responsive brief would be due no earlier than 28 days thereafter and any reply 21 days later; and

4. Defendants' entry into the Stipulation underlying this Order shall not constitute a waiver of (a) any jurisdictional defenses that may be available; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise; or (c) any other statutory or common law defenses that may be available to Defendants.

**IT IS SO ORDERED.**

Dated:  June 7, 2019                             s/ *Hildy Bowbeer*
                                                 HILDY BOWBEER
                                                 United States Magistrate Judge