# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNETH PETERSON, et al. | Case No. 0:19-cv-01129-JRT-HB |
| Plaintiffs, | |
| v. | **MOTION OF CONSUMER INDIRECT PURCHASER PLAINTIFFS TO APPOINT INTERIM CO-LEAD CLASS COUNSEL** |
| JBS USA FOOD COMPANY HOLDINGS, TYSON FOODS, INC., CARGILL, INC., and NATIONAL BEEF PACKING COMPANY, | |
| Defendants. | |

Indirect Purchaser Plaintiffs respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 23(g): 1) appointing the firms of Lockridge Grindal Nauen P.L.L.P. and Hagens Berman Sobol Shapiro LLP, as interim co-lead class counsel for Consumer Indirect Purchaser Plaintiffs; and 2) granting any such further relief as the Court may deem just and proper.

540990.1

Dated: July 29, 2019	Respectfully submitted,

s/ W. Joseph Bruckner
W. Joseph Bruckner (MN #0147758)
Elizabeth R. Odette (MN #0340698)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

s/ Steve W. Berman
Steve W. Berman (*Pro Hac Vice*)
Breanna Van Engelen (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (*Pro Hac Vice*)
Rio S. Pierce (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

*Proposed Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs*