# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KENNETH PETERSON, et al.<br><br>                    Plaintiffs,<br><br>  v.<br><br>JBS USA FOOD COMPANY HOLDINGS, TYSON FOODS, INC., CARGILL, INC., and NATIONAL BEEF PACKING COMPANY,<br><br>                    Defendants. | Case No. 0:19-cv-01129-JRT-HB<br><br>**MEET AND CONFER STATEMENT FOR MOTION OF CONSUMER INDIRECT PURCHASER PLAINTIFFS TO APPOINT INTERIM CO-LEAD CLASS COUNSEL** |

Counsel for Proposed Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs have met and conferred with counsel for all defendants, and all defendants have advised us that they take no position on this motion.

Dated: July 29, 2019                    Respectfully submitted,

                                                s/ W. Joseph Bruckner
                                                W. Joseph Bruckner (MN #0147758)
                                                Elizabeth R. Odette (MN #0340698)
                                                Brian D. Clark (MN #0390069)
                                                Arielle S. Wagner (MN #0398332)
                                                LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                                100 Washington Avenue South, Suite 2200
                                                Minneapolis, MN 55401
                                                T: (612) 339-6900
                                                F: (612) 339-0981
                                                wjbruckner@locklaw.com
                                                erodette@locklaw.com
                                                bdclark@locklaw.com
                                                aswagner@locklaw.com

541000.1

2

        s/ Steve W. Berman
Steve W. Berman (*Pro Hac Vice*)
Breanna Van Engelen (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (*Pro Hac Vice*)
Rio S. Pierce (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

*Proposed Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs*