# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | Case No. 0:19-cv-01222 (JRT/HB) |
| KENNETH PETERSON, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>                  Defendants. | Case No. 0:19-cv-01129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | Case No. 0:20-cv-01319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>                  Defendants. | Case No. 0:20-cv-01414 (JRT/HB) |

**ORDER**

Upon consideration of the Stipulation between Plaintiffs in the above referenced actions and JBS S.A. [ECF No. 286], and the entire record, and for good cause shown, it is hereby ORDERED that:

1.     The deadline for Plaintiffs to file their opening brief in support of their Motion to Approve Alternative Service on JBS S.A shall be March 30, 2021.

2.     The deadline for JBS S.A to file its papers in opposition to Plaintiffs' Motion to Approve Alternative Service on JBS S.A shall be April 27, 2021.

3.     The deadline for Plaintiffs to file their reply papers in support of their Motion to Approve Alternative Service on JBS S.A shall be May 7, 2021.

4.     For judicial efficiency, Plaintiff's Motion to Approve Alternative Service on JBS S.A shall be heard by Chief Judge Tunheim at the same time and date as the hearing on Defendants' Motions to Dismiss, since both motions will address service of process issues.


SO ORDERED.

   Dated: March 29, 2021                     s/*Hildy Bowbeer*
                                             HILDY BOWBEER
                                             United States Magistrate Judge